IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-CV-00119-H

| CELLECTIS S.A., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| PRECISION BIOSCIENCES, INC., | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant's requests for oral argument on its motion to compel and motion to stay proceedings pending final resolution of the reexamination of U.S. Patent Nos. 6,610,545 and 7,309,605. [DE- 122 & 137.] The requests for oral argument [DE-122 & 137] are **GRANTED**, and the court will hear argument from the parties on Defendant's motion to compel [DE-112] and Defendant's motion to stay [DE-123] on **Wednesday, June 16, 2010 at 9:30 a.m.** in the 5th floor Courtroom of the Terry Sanford Federal Building, Raleigh, North Carolina.

This the 2nd day of June, 2010.

DAVID W. DANIEL
United States Magistrate Judge